UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Davidson

vs.

Gensler

Case No.: 6:24-cv-00197-ADA-DTG

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Adam G. Unikowsky , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Consolidated Audit Trail, LLC  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Jenner & Block LLP  with offices at:

    Mailing address:  1099 New York Ave NW

    City, State, Zip Code:  Washington, DC 20016

    Telephone:  (202) 639-6000      Facsimile:  (202) 639-6066

2. Since  July 10, 2009 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  District of Columbia .

    Applicant's bar license number is  989053 .

3. Applicant has been admitted to practice before the following courts:

    Court:                              Admission date:

    See attached form

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: David N. Deaconson

Mailing address: Pakis, Giotes, Burleson, & Deaconson, L.C., P.O. Box 58

City, State, Zip Code: Waco, TX 76703-0058

Telephone: 254-297-7300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Adam G. Unikowsky to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Adam G. Unikowsky
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7th day of May, 2024.

Adam G. Unikowsky
[printed name of Applicant]

[signature of Applicant]

| | |
|---|---|
| **U.S. Supreme Court** | **April 18, 2011** |
| **U.S. Court of Appeals for the District of Columbia Circuit** | **August 18, 2015** |
| **U.S. Court of Appeals for the Federal Circuit** | **June 30, 2015** |
| **U.S. Court of Appeals for the First Circuit (Bar #1164431)** | **August 29, 2014** |
| **U.S. Court of Appeals for the Second Circuit** | **January 4, 2019** |
| **U.S. Court of Appeals for the Third Circuit** | **January 18, 2018** |
| **U.S. Court of Appeals for the Fourth Circuit** | **September 9, 2022** |
| **U.S. Court of Appeals for the Fifth Circuit** | **October 11, 2018** |
| **U.S. Court of Appeals for the Sixth Circuit** | **July 8, 2020** |
| **U.S. Court of Appeals for the Seventh Circuit** | **November 5, 2012** |
| **U.S. Court of Appeals for the Ninth Circuit** | **May 16, 2017** |
| **U.S. Court of Appeals for the Eleventh Circuit** | **October 3, 2017** |
| **U.S. District Court for the District of Columbia** | **June 6, 2016** |
| **U.S. District Court for the Northern District of Florida** | **April 28, 2009** |
| **U.S. Court of Federal Claims** | **April 29, 2009** |
| **District of Columbia (Bar #989053)** | **July 10, 2009** |
| **New York (Bar #4571493)** | **February 29, 2008** |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Davidson

vs.   Case No.: 6:24-cv-00197-ADA-DTG

Gensler

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Adam G. Unikowsky, counsel for Consolidated Audit Trail, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Adam G. Unikowsky may appear on behalf of Consolidated Audit Trail, LLC in the above case.

IT IS FURTHER ORDERED that Adam G. Unikowsky, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of May _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE