# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ERIK DAVIDSON, JOHN RESTIVO & NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>　　　Plaintiffs,<br><br>v.<br><br>GARY GENSLER, *et al.,*<br><br>　　　Defendants. | Civil Action No. 6:24-cv-00197-ADA-DTG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND STAY** |

　　　This matter comes before the Court on Plaintiff's Motion for a Preliminary Injunction and Stay. Having reviewed the papers filed in support of and in opposition to the Motion, and being fully advised, the Court finds that Plaintiffs have demonstrated a strong likelihood of success on the merits anda substantial threat of irreparable injury; that the threatened injury if the stay and injunction are denied outweighs any harm that will result if the stay and injunction are granted; and that the grant of a stay and an injunction willserve the public interest. It is therefore ORDERED the Plaintiffs' Motion for a Stay and a Preliminary Injunction [ECF No._____] is GRANTED.

　　　It is FURTHER ORDERED that, pursuant to 5 U.S.C. § 705, for the period of time while this lawsuit is pending or until the court otherwise amends this order, that SEC's March 17, 2017, Order, Release No. 34–80255, File No. SR–FINRA– 2017–003, approving the proposed rule change to adopt the FINRA Rule 6800 Series, is STAYED.

　　　It is FURTHER ORDERED that, pursuant to Fed. R. Civ. Pro. 65, the Court hereby preliminarily ORDERS each Defendant, to:

1) Inform the Financial Industry Regulatory Authority, Inc. (''FINRA'') that SEC's approval of the FINRA Rule 6800 Series, *see* SEC's March 17, 2017, Order, Release No. 34–80255, File No. SR–FINRA– 2017–003, has been STAYED, such STAY rendering FINRA Rule 6800 Series (including FINRA Rule 6800 through FINRA Rule 6898) unapproved, pending resolution by this Court.

2) Inform all other persons who are in active concert or participation with Defendants regarding the implementation, enforcement, management, or use of the CAT that SEC's approval of the FINRA Rule 6800 Series, *see* SEC's March 17, 2017, Order, Release No. 34–80255, File No. SR–FINRA– 2017–003, has been STAYED, such STAY rendering FINRA Rule 6800 Series unapproved, pending resolution by this Court.

3) Safeguard any information collected by or received from CAT LLC following SEC's adopting of Order, Release No. 34–80255, File No. SR–FINRA– 2017–003.

4) Refrain from, directly or indirectly, seizing, receiving, accessing, reviewing, searching, distributing sharing, or otherwise using any information pursuant to FINRA Rule 6800 Series, as approved by in SEC's March 17, 2017, Order, Release No. 34–80255.

5) File, within 30 days from the date of this Order, a declaration attesting that the Defendant has complied with the Court's Order. Each declaration shall describe the sets taken or procedures adopted to comply with the Court's Order.

It is FURTHER ORDERED that, pursuant to Fed. R. Civ. Pro. 65(d)(2) that all other persons who are in active concert or participation with Defendants regarding the implementation, enforcement, management, or use of the CAT, thereby receiving notice from Defendants of this Order, are preliminarily ORDERED to:

1) Safeguard any information collected by or from CAT LLC following SEC's adopting of Order, Release No. 34–80255, File No. SR–FINRA– 2017–003.

2) Refrain from, directly or indirectly, seizing, receiving, accessing, reviewing, searching, distributing sharing, or otherwise using any information collected by or received from CAT LLC pursuant to SEC's approval of FINRA Rule 688 in SEC's March 17, 2017, Order, Release No. 34–80255, File No. SR–FINRA– 2017–003.

_____

Hon. Alan Albright

United States District Judge