# Exhibit 1

**INDEX OF EXHIBITS**

| EXHIBIT | TITLE |
|---|---|
| A | SEC Press Rel. 2012-134, SEC Approves New Rule Requiring Consolidated Audit Trail to Monitor and Analyze Trading Activity (July 11, 2012), *available at* https://www.sec.gov/news/press-release/2012-2012-134htm (last visited May 24, 2024). |
| B | Chair Mary L. Schapiro, Opening Statement at SEC Open Meeting: Consolidated Audit Trail (July 11, 2012), *available at* https://www.sec.gov/news/statement/2012-07-12-open-meeting-statement-mls (last visited May 24, 2024). |
| C | Limited Liability Company Agreement of Consolidated Audit Trail, LLC (Sep. 6, 2023) (CAT NMS Plan), *available at* https://www.catnmsplan.com/sites/default/files/2023-09/LLC_Agreement_of_Consolidated_Audit_Trail_LLC-as-of-9.06.23.pdf (last visited May 24, 2024) (excerpts). |
| D | Letter from B. Becker to V. Countryman (May 22, 2023), *available at* https://www.catnmsplan.com/sites/default/files/2023-06/05.22.23-Exemption-Request-Regarding-FAM-4.pdf (last visited May 24, 2024) (excerpts). |
| E | *SEC Enforcement Manual* (SEC Div. of Enforcement 2017), *available at* https://www.sec.gov/divisions/enforce/enforcementmanual.pdf (last visited May 24, 2024) (excerpts). |
| F | Hester Peirce, Intellectual Siren Song (Sept. 18, 2020), *available at* https://www.sec.gov/news/speech/peirce-intellectual-siren-song-2020-09-18 (last visited May 24, 2024). |
| G | Letter from Joseph Corcoran and Ellen Greene, Managing Directors, SIFMA to Vanessa Countryman, Secretary, SEC (June 22, 2022), *available at* https://www.sec.gov/comments/4-698/4698-20132695-303187.pdf (last accessed May 24, 2024) (excerpts) |
| H | Chair Gary Gensler, Statement on CAT Funding (Sept. 6, 2023), *available at* https://www.sec.gov/news/statement/gensler-statement-cat-funding-090623 (last visited May 24, 2024). |
| I | Mary Jo White, *Chairman's Address at SEC Speaks 2014* (Feb. 21, 2014), *available at* https://www.sec.gov/news/speech/2014-spch022114mjw (last visited May 24, 2024). |
| J | 17 C.F.R. § 242.613 (eCFR authoritative but unofficial text that has been updated through May 22, 2024). |
| K | 17 C.F.R. § 240.17a-25 (eCFR authoritative but unofficial text that has been updated through May 22, 2024). |
| L | 17 C.F.R. § 242.608 (eCFR authoritative but unofficial text that has been updated through May 22, 2024). |

| M | SEC Rule 613 (Consolidated Audit Trail) Releases, *available at* https://www.sec.gov/divisions/marketreg/rule613-info (last visited May 24, 2024). |
|---|---|
| N | *Implementation and Cybersecurity Protocols of the Consolidated Audit Trail,* Hearing before the H Comm. on Fin. Servs. (Nov. 30, 2017), *available at* https://www.govinfo.gov/content/pkg/CHRG-115hhrg31288/pdf/CHRG-115hhrg31288.pdf (last visited May 24, 2024) (excerpt). |
| O | *Data Security: Vulnerabilities and Opportunities for Improvement: Hearing before the Subcomm. on Fin. Institutions and Consumer Credit of the H. Comm. on Fin. Srvs.* 115th Cong. (Nov. 1, 2017), *available at* https://financialservices.house.gov/uploadedfiles/115-52.pdf (last visited May 24, 2024) (excerpt). |
| P | Protecting Investors' Personally Identifiable Information Act, S. 2230, 118th Cong. (2023)*, available at* https://www.congress.gov/118/bills/s2230/BILLS-118s2230is.pdf (last visited May 24, 2024). |
| Q | Protecting Investors' Personally Identifiable Information Act, H.R. 4551, 118th Cong. (2023), *available at* https://www.congress.gov/118/bills/hr4551/BILLS-118hr4551ih.pdf (last visited May 24, 2024). |
| R | Protecting Investors' Personally Identifiable Information Act, H.R. 2039, 117th Cong. (2021), *available at* https://www.congress.gov/117/bills/hr2039/BILLS-117hr2039ih.pdf (last visited May 24, 2024) |
| S | American Customer Information Protection Act, H.R. 4785, 115th Cong. (2018), *available at* https://www.congress.gov/115/bills/hr4785/BILLS-115hr4785ih.pdf (last visited May 24, 2024). |
| T | Letter from Christopher A. Iacovella, Chief Executive Officer, American Securities Association, to Vanessa Countryman, Secretary (Jan. 29, 2021), *available at* https://d1d329da-dbb0-4cc9-b461-d7bd4ad09b4e.usrfiles.com/ugd/d1d329_edad42e865154f2fa50b72b0b5584fc8.pdf (last visited May 24, 2024) (excerpts). |
| U | Letter from eight Attorneys General to Congress (Aug. 15, 2023), *available at* https://arkansasag.gov/wp-content/uploads/2023-08-15-Arkansas-AG-Letter-Supporting-Investor-PII-Protections.pdf (last visited May, 24, 2024) (excerpts). |
| V | H. Conf. Rep. 94-229 (1975), 1975 U.S.C.C.A.N. 321 (excerpts), *accessed through WestLaw on May 24, 2024.* |
| W | Kenneth E. Bentsen, Jr. (Pres. and CEO, Securities Industry and Financial Markets Association (SIFMA), *A Safer CAT for Investors* (Apr. 25, 2024), *available at* https://www.sifma.org/resources/news/a-safer-cat-for-investors/#:~:text=Bentsen%2C%20Jr.%20is%20President%20and,in%20municipal%20and%20housing%20finance (last visited May 24, 2024). |
| X | Kenneth E. Bentsen, Jr. (Pres. and CEO of Securities Industry and Financial Markets Association), *CAT: Access to Sensitive Personal and Transaction Data Requires Maximum Protection and Accountability*, SIFMA (Nov. 22, 2019), *available at* https://www.sifma.org/resources/news/cat-access-to-sensitive- |

| | |
|---|---|
| | [personal-and-transaction-data-requires-maximum-protection-and-accountability/](personal-and-transaction-data-requires-maximum-protection-and-accountability/) (last visited May 24, 2024). |
| Y | Letter from ACLU to SEC (Dec. 16, 2019), *available at* [https://www.aclu.org/documents/aclu-letter-sec-consolidated-audit-trail](https://www.aclu.org/documents/aclu-letter-sec-consolidated-audit-trail) (last visited May 22, 2024) (Only PDF included in the exhibit). |
| Z | Letter from Sen. Kennedy, *et. al.*, to SEC Chair (July 24, 2019), *available at* [https://www.kennedy.senate.gov/public/_cache/files/a/a/aa9c1d31-12e9-41e0-8f77-29e0404d4a13/A822E08E203D7481239ED084DE86BAEC.letter-to-sec-on-pii-on-cat-002-.pdf](https://www.kennedy.senate.gov/public/_cache/files/a/a/aa9c1d31-12e9-41e0-8f77-29e0404d4a13/A822E08E203D7481239ED084DE86BAEC.letter-to-sec-on-pii-on-cat-002-.pdf) (last visited May 24, 2024). |
| AA | S. Rep. 94-75 (1975), 1975 U.S.C.C.A.N. 179 (excerpts), *accessed through WestLaw on May 24, 2024*. |
| BB | SEC Chair Jay Clayton, Statement on Cybersecurity (Sept. 20, 2017), *available at* [https://www.sec.gov/news/public-statement/statement-clayton-2017-09-20](https://www.sec.gov/news/public-statement/statement-clayton-2017-09-20) (last visited May 24, 2024). |
| CC | SEC Commissioner Mark Uyeda, Statement on Consol. Audit Trail Revised Funding Model (Sept. 6, 2023), *available at* [https://www.sec.gov/news/statement/uyeda-statement-cat-funding-090623](https://www.sec.gov/news/statement/uyeda-statement-cat-funding-090623) (last visited May 24, 2024). |
| DD | SEC Press Rel. 2020-92, SEC Provides for Phased CAT Broker-Dealer Reporting Timelines with Conditional Exemption for Impacts of COVID-19 (Apr. 20, 2020), *available at* [https://www.sec.gov/news/press-release/2020-92](https://www.sec.gov/news/press-release/2020-92) (last visited May 23, 2024). |
| EE | SEC Release No. 73511, Joint Industry Plan (Nov. 3, 2014), *available at* [https://www.sec.gov/files/rules/sro/nms/2014/34-73511.pdf](https://www.sec.gov/files/rules/sro/nms/2014/34-73511.pdf) (last visited May 24, 2024) (excerpt). |
| FF | SEC Rel. No. 34-88393, Order Granting Conditional Exemptive Relief (March 17, 2020), *available at* [https://www.sec.gov/files/rules/exorders/2020/34-88393.pdf](https://www.sec.gov/files/rules/exorders/2020/34-88393.pdf) (last visited May 24, 2024) (excerpts). |
| GG | SEC Rel. No. 34-98290, Joint Industry Plan; Order Approving an Amendment to the National Market System Plan Governing the Consolidated Audit Trail (Sep. 6, 2023), *available at* [https://www.sec.gov/files/rules/sro/nms/2023/34-98290.pdf](https://www.sec.gov/files/rules/sro/nms/2023/34-98290.pdf) (last visited May 24, 2024) (excerpts). |
| HH | *Consolidated Audit Trail*, Exchange Act Release No. 34-67457 (July 18, 2012), *available at* [https://www.sec.gov/files/rules/final/2012/34-67457.pdf](https://www.sec.gov/files/rules/final/2012/34-67457.pdf) (last visited May 24, 2024) (excerpt). |
| II | SEC Release No. 34-80255 (Mar. 15, 2017), *available at* [https://www.sec.gov/files/rules/sro/finra/2017/34-80255.pdf](https://www.sec.gov/files/rules/sro/finra/2017/34-80255.pdf) (last visited May 24, 2024) (excerpt). |
| JJ | Release No. 34-89441 (July 31, 2020), *available at* [https://www.sec.gov/files/rules/sro/finra/2020/34-89441.pdf](https://www.sec.gov/files/rules/sro/finra/2020/34-89441.pdf) (last visited May 24, 2024) (excerpt). |

| KK | SEC Release No. 34-90887 (Jan. 11, 2021), *available at* https://www.sec.gov/files/rules/sro/finra/2021/34-90887.pdf (last visited May 24, 2024) (excerpt). |
|----|----|
| LL | SEC Exchange Act Release No. 79318 (Nov. 15, 2016), *available at* https://www.sec.gov/rules/sro/nms/2016/34-79318.pdf (last visited May 24, 2024) (excerpts). |
| MM | SEC, *Budget History – B[udget]A[uthority] vs. Actual Obligations ($ in 000s), available at* https://bit.ly/46vwE1D (last visited May 24, 2024). |
| NN | SIFMA Letter to Ms. Vanessa Countryman on CAT Data Security Questions (Jun. 4, 2020), *available at* https://www.sifma.org/wp-content/uploads/2020/06/SIFMA-Letter-on-March-17-2020-CAT-Cybersecurity-Questions.pdf (last visited May 24, 2024). |
| OO | Stmt. of Hester M. Peirce in Response to Release No. 34-88890 (May 15, 2020), *available at* https://www.sec.gov/news/public-statement/peirce-statement-response-release-34-88890-051520 (last visited May 22, 2024). |
| PP | William P. Barr, *The SEC is Watching You*, Wall St. J. (April 15, 2024), *available at* https://www.wsj.com/articles/the-securities-and-exchange-commission-is-watching-you-surveillance-4e782f82 (last visited May 24, 2024). |
| QQ | SEC Mission Statement, *available at* https://www.sec.gov/about/mission (last visited May 24, 2024). |
| RR | Declaration of Erik Davidson |
| SS | Declaration of John Restivo |
| TT | Declaration of Scott Shepard |
| UU | Declaration of Thomas Curro |