# Exhibit RR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

ERIK DAVIDSON, *et al.*,

    Plaintiffs,

v.

                                    Civil Action No. 6:24-cv-00197

GARY GENSLER, *et al.*,

    Defendants.

## DECLARATION OF ERIK DAVIDSON

I, Erik Davidson, pursuant to 28 U.S.C. §1746, declare as follows under penalty of perjury:

1. My name is Erik Davidson. I make this declaration based on my personal knowledge.

2. Since June 2020, I have made multiple purchases of public-company stocks traded on national stock exchanges.

3. Before I learned that information about stock transactions is sent to the CAT, I had expected that my broker would not disclose my personal or other information to any third party except as necessary to execute the transactions, or in the unusual circumstances where a government entity obtained a warrant or similar authority to require the broker to provide that information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22 day of May, 2024.

Erik Davidson