# Exhibit SS

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ERIK DAVIDSON, JOHN RESTIVO, and NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GARY GENSLER, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 6:24-cv-00197 |

**DECLARATION OF JOHN RESTIVO**

I, John Restivo, pursuant to 28 U.S.C. §1746, declare as follows under penalty of perjury:

1. My name is John Restivo. I make this declaration based on my personal knowledge.

2. Since June 2020, I have made multiple purchases and sales of public-company stocks traded on national stock exchanges.

3. Before I learned that information about stock transactions is sent to the CAT, I had expected that my broker would not disclose my personal or other information to any third party except as necessary to execute the transactions, or in the unusual circumstances where a government entity obtained a warrant or similar authority to require the broker to provide that information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of May, 2024.

_John Restivo_
John Restivo