# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

ERIK DAVIDSON, JOHN RESTIVO, AND
NATIONAL CENTER FOR PUBLIC POLICY
RESEARCH,

      Plaintiffs,

v.

GARY GENSLER, *et al.,*

      Defendants.

Civil Action No. 6:24-cv-00197

## DECLARATION OF SCOTT SHEPARD

I, Scott Shepard, pursuant to 28 U.S.C. §1746, declare as follows under penalty of perjury:

1. I, Scott Shepard, am employed by the National Center for Public Policy Research (NCPPR), a 501(c)(3) incorporated in Delaware with its principal place of business in Washington, D.C. I am Director of NCPPR's Free Enterprise Project. The facts stated in this declaration are true and of my own personal knowledge.

2. Since June 2020, NCPPR made multiple purchases of public-company stocks traded on national stock exchanges.

3. Since June 2020, NCPPR received contributions of public-company stocks traded on national stock exchanges.

4. Before NCPPR learned that information about stock transactions is sent to the CAT, NCPPR had expected that its broker would not disclose information on these transactions to any third party except as necessary to execute the transactions, or in the unusual

circumstances where a government entity obtained a warrant or similar authority to require

the broker to provide that information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of May, 2024.



Scott Shepard