# Exhibit UU

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ERIK DAVIDSON, JOHN RESTIVO & NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>    Plaintiffs,<br><br>v.<br><br>GARY GENSLER, *et al.*,<br><br>    Defendants. | Civil Action No. 6:24-cv-00197-ADA-DTG<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF THOMAS CURRO**

I, Thomas Curro, hereby declare and state:

1.    I, Thomas Curro, am over the age of 18 and make this Declaration in support of Plaintiffs' Exhibits in their Memorandum in Support of their Motion for Preliminary Injunction.

2.    I am a paralegal with the New Civil Liberties Alliance ("NCLA").

3.    On May 24, 2024, Plaintiffs will file a Memorandum in Support of their Motion for Preliminary Injunction, which will include this Declaration and an additional 46 Exhibits.

4.    On the dates of May 21–24, 2024, I visited the websites from which Exhibits A–I, M–U, W–Z, and BB–QQ have been extracted and converted into PDF format. The attached exhibits, Exhibits A–I and M–U, W–Z, and BB–QQ are true and correct copies or partial excerpts of the documents or material represented accessed online, notwithstanding attorney highlighting of exhibits to reference cited text.

1

5.      Exhibits J–L are PDFs that are true and correct copies of the authoritative, but unofficial, text of 17 C.F.R. § 242.613, 17 C.F.R. § 240.17a-25, and 17 C.F.R. § 242.608, respectively, up to date as of May 22, 2024. I generated these PDFs by going to the respective webpage of each regulation on eCFR.gov and using the "Print/PDF" function, notwithstanding attorney highlighting of exhibits to reference cited text.

6.      Exhibits V and AA are true and correct excerpts of the text of congressional reports that I accessed through WestLaw. For each document, I selected the "Download" option and delivered only "Document" into PDF format, notwithstanding attorney highlighting of exhibits to reference cited text.

7.      I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Executed on May 24, 2024 in Danbury, CT

/s/ Thomas Curro

2