UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ERIK DAVIDSON, *et al.*,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY GENSLER, in his official capacity as Chairman of the U.S. Securities and Exchange Commission, *et al.*,<br><br>        Defendants. | Case No. 6:24-cv-00197-ADA-DTG |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Briefing Schedule, it is hereby **ORDERED** that the following schedule shall govern Plaintiffs' preliminary-injunction motion and Defendants' anticipated motions to dismiss:

- Defendants' oppositions to Plaintiffs' preliminary-injunction motion and motions to dismiss shall be due by July 12, 2024;

- Plaintiffs' reply in support of their preliminary-injunction motion and opposition to Defendants' motions to dismiss shall be due by August 15, 2024;

- Defendants' replies in support of their motions to dismiss shall be due by September 18, 2024;

- Oral argument is scheduled for _____, 2024.

**IT IS SO ORDERED**.

Dated: June ____, 2024

                                                                                     _____
                                                                                     Alan D. Albright
                                                                                      United States District Judge