UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **ERIK DAVIDSON, JOHN RESTIVO, NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,** | § § § § § | |
| Plaintiffs, | § § | CIVIL NO. W-24-CV-00197-ADA |
| v. | § § § | |
| **GARY GENSLER, U.S. SECURITIES AND EXCHANGE COMMISSION, CONSOLIDATED AUDIT TRAIL, LLC,** | § § § § | |
| Defendants. | | |

## ORDER REGARDING PAGE LIMITS

Came on for consideration is the above-captioned case. Plaintiffs have moved for a stay and preliminary injunction. ECF No. 25-1. However, the main document is a consent motion to exceed the page limits for non-dispositive motions. ECF No. 25. Plaintiffs request leave to file a 40-page memorandum of law in support of their motion. *Id.* Defendants agree on the condition that Plaintiffs consent to a 42-page response brief. *Id.* Having considered the parties' request and without expressing any opinion on the merits of Plaintiffs' motion for stay and preliminary injunction, the Court orders as follows:

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file a 40-page memorandum in support of their motion for stay and preliminary injunction.

**IT IS FINALLY ORDERED** that Defendants are granted leave to file a response brief of up to 42 pages.

**SIGNED** this 10th day of June, 2024.

                                           ALAN D ALBRIGHT
                                           UNITED STATES DISTRICT JUDGE