**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| ERIK DAVIDSON, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| | § | Civil Action No. 6:24-cv-00197-ADA |
| v. | § § | |
| GARY GENSLER, in his official capacity As Chairman of the U.S. Securities and Exchange Commission, *et al.*, | § § § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION BY *AMICI CURIAE* THE CATO INSTITUTE AND INVESTOR CHOICE ADVOCATES NETWORK FOR LEAVE TO FILE *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION MOTION AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

*Amici Curiae*, the Cato Institute and Investor Choice Advocates Network ("ICAN"), ask that the Court grant leave for the filing of their *Amicus* brief, attached as Exhibit A. Counsel for *Amici* has conferred with counsel to Plaintiffs and Defendants—both of which are unopposed.

As further detailed in the attached brief, *Amicus* the Cato Institute, is a nonpartisan public policy research foundation dedicated to advancing the principles of individual liberty, free markets, and limited government. *Amicus* ICAN is a nonprofit, public interest organization committed to serving as legal advocate and voice for small investors and entrepreneurs seeking to enter the capital markets.

This case is of interest to Amici because it concerns the legality of new, massive data collection and regulatory efforts by the U.S. Securities and Exchange Commission (SEC). The SEC's consolidated audit trail system implements several new public policies and regulations affecting securities brokers' businesses and rights, as well as impacting the rights of individual

1

4883-3732-7833.3

investors. This unique perspective is not represented by either Plaintiffs or Defendants. Accordingly, the amicus brief will be helpful to the Court as it considers the novel issues at play in this lawsuit.

The Cato Institute and ICAN respectfully ask that the Court grant leave for the filing of their *Amicus* brief.

August 22, 2024

Respectfully submitted,

**GRAY REED**

By: *Angela Laughlin Brown*
Angela L. Brown
Texas Bar No. 24034533
Chris Davis
Texas Bar No. 24050483

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Tel:    (469) 320-6125
        (469) 320-6225
Email:  abrown@grayreed.com
        cdavis@grayreed.com

*Attorneys for Amici Curiae the Cato Institute and ICAN*

2

4883-3732-7833.3

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause it to be served on all parties and counsel of record.

August 22, 2024

*/s/ Angela Laughlin Brown*
Angela Laughlin Brown

*Counsel for Amici Curiae the Cato Institute and ICAN*

3

4883-3732-7833.3