**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |  |
|---|---|---|
| ERIK DAVIDSON, *et al.*, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 6:24-cv-00197-ADA |
| v. | § | |
| | § | |
| GARY GENSLER, in his official capacity | § | |
| As Chairman of the U.S. Securities and | § | |
| Exchange Commission, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**PROPOSED ORDER GRANTING *AMICI CURIAE* THE CATO INSTITUTE AND INVESTOR CHOICE ADVOCATES NETWORK'S UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION <u>MOTION AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS</u>**

Came before the Court, *Amici* Curiae, the Cato Institute and Investor Choice Advocates Network's Unopposed Motion for Leave to File Amicus Brief in Support of Plaintiffs' Preliminary Injunction Motion and In Opposition to Defendants' Motion to Dismiss (Dkt. 52).

The Court finds that the motion has merit. THEREFORE, the Court

ORDERS that *Amici* Curiae's Motion is GRANTED. The Clerk shall file the Amicus Brief attached to the motion.

Date: _____

_____
JUDGE PRESIDING

1