**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| ERIK DAVIDSON, JOHN RESTIVO, and NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>   Plaintiffs,<br><br>   -against-<br><br>GARY GENSLER, U.S. SECURITIES AND EXCHANGE COMMISSION, and CONSOLIDATED AUDIT TRAIL, LLC,<br><br>   Defendants. | Case No. 6:24-cv-00197-ADA |

**UNOPPOSED MOTION OF BLOCKCHAIN ASSOCIATION AND DEFI EDUCATION FUND FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Blockchain Association (the "Association") and DeFi Education Fund ("DEF") respectfully seek leave to file the attached *amicus curiae* brief in support of Plaintiffs Erik Davidson, John Restivo, and National Center for Public Policy Research's (collectively, "Plaintiffs") oppositions to the motions to dismiss by Defendant Consolidated Audit Trail, LLC (ECF No. 38) and Defendants Gary Gensler and the Securities and Exchange Commission (ECF No. 39), and in further support of Plaintiffs' motion for a preliminary injunction and stay pursuant to 5 U.S.C. § 705 (ECF No. 25). The proposed *amicus* brief sets forth the Association and DEF's interest in the outcome in the litigation. Pursuant to Local Rule 7(g), the Association and DEF represent that they have contacted counsel for both Plaintiffs and Defendants and that no party opposed the filing of the attached *amicus* brief.

Although there is no Federal Rule of Civil Procedure or Local Rule that controls motions to file *amicus* briefs in this Court, this Court has discretion to grant such a motion where the "information offered in the amicus brief is timely or useful." *Canamar v. McMillin Tex. Mgmt. Servs., LLC*, 2009 U.S. Dist. LEXIS 108986, at *2 (W.D. Tex. Nov. 20, 2009).

The Association and DEF easily meet these criteria. The Association is the leading membership organization dedicated to promoting a pro-innovation policy environment for the digital asset economy and DEF is a nonpartisan nonprofit organization that advocates for and educates about sound policy for decentralized finance. Their proposed *amicus* seeks to provide the Court with unique insight regarding the likely impact of the Consolidated Audit Trail ("CAT") on the digital asset industry.

The Association and DEF do not seek to duplicate Plaintiffs' papers, which focus on the CAT more broadly and do not center on digital assets. Instead, the Association and DEF's proposed *amicus* brief provides important digital asset industry context regarding how the CAT, first proposed before blockchain technologies were in widespread use, interacts with blockchain

1

data in a way that exposes a vast amount of personal financial data to the federal government, far beyond the securities transactions that the CAT was intended to capture. The CAT will connect personal identifying information with wallet addresses that reveal blockchain-based user transactions. Thus, anyone with access to the CAT would be able to see not just a person's securities transactions, as the CAT is designed to trace, but that person's blockchain transactions in the past, present, and future. Any blockchain-based transaction that is recorded in the CAT can be used to track any and all other transactions with that person's wallet address on the blockchain: routine purchases, payments for services, donations to religious or other charities, salary payments, virtual currency holdings, and far more. The CAT would thus provide unparalleled and unprecedented insight – to the government, and to a slew of private parties – about everyday Americans' everyday blockchain transactions. All that information would be available to the federal government, allowing the government to sift through the entirety of someone's financial life without a warrant or probable cause.

Because the Association and DEF will provide the Court with this unique perspective on the impact of the CAT on the digital asset industry, the proposed *amicus* brief is timely and useful. The Association and DEF thus respectfully request that the motion be granted and that they be granted leave to file the attached *amicus* brief.

Dated: Dallas, Texas
     August 22, 2024

DOWD BENNETT LLP

By: */s/ Ben A. Barnes*

   Ben A. Barnes
   State Bar No. 24092085
   2100 Ross Ave
   Suite 955
   Dallas, TX 75201
   (214) 347-7346
   bbarnes@dowdbennett.com

MORRISON COHEN LLP

   Jason Gottlieb (*pro hac vice* to be filed)
   Michael Mix (*pro hac vice* to be filed)
   Emma McGrath (*pro hac vice* to be filed)
   909 Third Avenue
   New York, New York 10022
   (212) 735-8600
   jgottlieb@morrisoncohen.com
   mmix@morrisoncohen.com
   emcgrath@morrisoncohen.com

*Attorneys for Amici Curiae Blockchain Association and DeFi Education Fund*

3

**CERTIFICATE OF CONFERENCE**

Counsel for the Association and DEF has complied with the meet and confer requirement in Local Rule 7(g) by conferring with Plaintiffs' counsel and Defendant's counsel by email regarding the contents of this Motion.  Neither Plaintiffs nor Defendants are opposed to the filing of this *amicus* brief.

Dated: Dallas, Texas
August 22, 2024

*/s/ Ben A. Barnes*
Ben A. Barnes

**CERTIFICATE OF SERVICE**

I certify that on August 22, 2024, a true and correct copy of the foregoing motion was filed and served in accordance with the Federal Rules of Civil Procedure via the CM/ECF filing system on all counsel of record.

Dated: Dallas, Texas
August 22, 2024

*/s/ Ben A. Barnes*
Ben A. Barnes