**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ERIK DAVIDSON, JOHN RESTIVO, and NATIONAL CENTER FOR PUBLIC POLICY RESEARCH, <br><br> Plaintiffs, <br><br> -against- <br><br> GARY GENSLER, U.S. SECURITIES AND EXCHANGE COMMISSION, and CONSOLIDATED AUDIT TRAIL, LLC, <br><br> Defendants. | Case No. 6:24-cv-00197-ADA |

**[PROPOSED] ORDER**

Before the Court is Blockchain Association (the "Association") and DeFi Education Fund's ("DEF") unopposed Motion for Leave to File *Amicus Curiae* Brief (the "Motion"). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Clerk of the Court is **INSTRUCTED** to file the Association and DEF's proposed *amicus curiae* brief.

**SO ORDERED** on this _____ day of _____, 2024.

_____
Alan Albright
United States District Judge

1