No. 6:24-cv-00197

# In the United States District Court for the Western District of Texas

———————

DAVIDSON, Et Al.,
*Plaintiffs,*

v.

GENSLER, Et Al.,
*Defendants*

———————

**Motion to File of Advancing American Freedom, Inc.; AFA Action; AMAC Action; American Association of Senior Citizens; American Constitutional Rights Union; American Encore; American Family Association; American Values; Americans for Limited Government; Shawnna Bolick, Arizona State Senator, District 2; Capability Consulting; Center for Independent Thought; Center for Political Renewal; Center for Urban Renewal and Education (CURE); Eagle Forum; JoAnn Fleming, Executive Director, Grassroots America - We the People PAC; Frontline Policy Council; Representative Steven E. Galloway, District 24, Montana House of Representatives; Charlie Gerow; Allen J. Hebert, Chairman, American-Chinese Fellowship of Houston; International Conference of Evangelical Chaplain Endorsers; JCCWatch.org; Job Creators Network Foundation Legal Action Fund; Job Creators Network; Tim Jones, Fmr. Speaker, Missouri House; Chairman, Missouri Center-Right Coalition; Men and Women for a Representative Democracy in America, Inc.; National Religious Broadcasters; New Jersey Family Foundation; New Jersey Family Policy Center; North Carolina Institute for Constitutional Law; Orthodox Jewish Chamber of Commerce; Rio Grande Foundation; Pamela S. Roberts, Immediate Past President- Kentucky Federation of Republican Women; Setting Things Right; 60 Plus Association; Stand for Georgia Values Action; Strategic Coalitions & Initiatives, LLC; Students for Life of America; Tea Party Express; Tea Party Patriots Action; The Justice Foundation; Tradition, Family, Property, Inc.; J. Michael Waller; Women for Democracy in America, Inc.; Wisconsin Family Action, Inc.; Yankee Institute; Young America's Foundation; Young Conservatives of Texas as *Amici Curiae* in Support of Plaintiffs**

———————

August 22, 2024

J. Marc Wheat
  *Counsel of Record*
(VA State Bar No. 39602)
Timothy Harper (Admitted in DC)
(DC State Bar No. 90019755)
Advancing American Freedom, Inc.
801 Pennsylvania Avenue, N.W., Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amicus Curiae*

## MOTION FOR LEAVE TO FILE

Advancing American Freedom; AFA Action; AMAC Action; American Association of Senior Citizens; American Constitutional Rights Union; American Encore; American Family Association; American Values; Americans for Limited Government; Shawnna Bolick, Arizona State Senator, District 2; Capability Consulting; Center for Independent Thought; Center for Political Renewal; Center for Urban Renewal and Education (CURE); Eagle Forum; JoAnn Fleming, Executive Director, Grassroots America - We the People PAC; Frontline Policy Council; Representative Steven E. Galloway, District 24, Montana House of Representatives; Charlie Gerow; Allen J. Hebert, Chairman, American-Chinese Fellowship of Houston; International Conference of Evangelical Chaplain Endorsers; JCCWatch.org; Job Creators Network Foundation Legal Action Fund; Job Creators Network; Tim Jones, Fmr. Speaker, Missouri House; Chairman, Missouri Center-Right Coalition; Men and Women for a Representative Democracy in America, Inc.; National Religious Broadcasters; New Jersey Family Foundation; New Jersey Family Policy Center; North Carolina Institute for Constitutional Law; Orthodox Jewish Chamber of Commerce; Rio Grande Foundation; Pamela S. Roberts, Immediate Past President- Kentucky Federation of Republican Women; Setting Things Right; 60 Plus Association; Stand for Georgia Values Action; Strategic Coalitions & Initiatives, LLC; Students for Life of America; Tea Party Express; Tea Party Patriots Action; The Justice Foundation; Tradition, Family, Property, Inc.; J. Michael Waller; Women for Democracy in America, Inc.; Wisconsin Family Action, Inc.; Yankee Institute; Young America's Foundation; and Young Conservatives of Texas respectfully request leave to file the attached amici brief in support of Plaintiffs. The brief that Amici propose to file is attached as exhibit A.

Respectfully submitted,

/s/ J. Marc Wheat
J. MARC WHEAT
  *Counsel of Record*
(VA State Bar No. 39602)
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Suite 930
Washington, D.C. 20004

1

(202) 780-4848
MWheat@advancingamericanfreedom.com

**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Ave., Ste. 903
Waco, Texas   76701
Telephone: (254) 732-2242
Facsimile:  (866) 627-3509

BY:    /s/ *Mark D. Siegmund*
       **MARK D. SIEGMUND**
       State Bar No. 24117055
       Email:  msiegmund@cjsjlaw.com

*Counsel for Amici Curiae*

2