**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ERIK DAVIDSON, JOHN RESTIVO, and NATIONAL CENTER FOR PUBLIC POLICY RESEARCH<br><br>Plaintiffs,<br><br>-against-<br><br>GARY GENSLER, U.S. SECURITIES AND EXCHANGE COMMISSION, and CONSOLIDATED AUDIT TRAIL, LLC,<br><br>Defendants. | Case No. 6:24-cv-00197-ADA |

**ORDER**

Before the Court is Advancing American Freedom et al.'s unopposed Motion for Leave to File Amicus Curiae Brief (the "Motion"). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Clerk of the Court is **INSTRUCTED** to file the Advancing American Freedom et al.'s proposed amicus curiae brief.

SO ORDERED on this _____ day of _____, 2024.

_____
Alan Albright
United States District Judge

1