**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

ERIK DAVIDSON, JOHN
RESTIVO & NATIONAL CENTER
FOR PUBLIC POLICY
RESEARCH,

      Plaintiffs,

      v.

GARY GENSLER, *et al.*,

      Defendants.

Case No. 6:24-cv-00197-ADA-DTG

**MOTION OF COMPETITIVE ENTERPRISE INSTITUTE FOR LEAVE TO
FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION AND STAY AND IN OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Local Rule CV-7 Amicus Curiae, the Competitive Enterprise Institute respectfully requests leave to file the accompanying amicus curiae brief (Ex. 1) in support of Plaintiff's motion for preliminary injunction and stay pursuant to 5 U.S.C. § 705. All parties have consented to the filing of this brief.

"No federal rule exists governing the procedural or substantive requirements for district court amicus curiae briefs." *Evanston Ins. Co. v. Rodriguez Eng'g Lab'ys*, No. 1:21-CV-01129-RP, 2023 WL 379277, at *1 (W.D. Tex. Jan. 20, 203). "Likewise, the Local Rules of the United States District Court for the Western District of Texas do not address the issue." *Id.* "Generally, courts have 'broad discretion' to admit an amicus curiae." *Id.* (quoting *In re Halo Wireless, Inc.*, 684 F.3d 581, 595-96 (5th Cir. 2012)). "According to the Fifth Circuit, 'Whether to permit a nonparty to submit a

1

brief, as amicus curiae, is, with immaterial exceptions, a matter of judicial grace.'" *Id.* (citing *Halo Wireless*, 684 F.3d at 596 which quotes *Nat'l Org. for Women, Inc. v. Scheilder*, 223 F.3d 615, 616 (7th Cir. 2000)). "The extent, if any, to which an amicus curiae should be permitted to participate in a pending action is solely within the broad discretion of the district court." *Id.* (citing *Sierra Club v. F.E.M.A.*, No. H-07-0608, 2007 WL 3472851, at *1 (S.D. Tex. Nov. 14, 2007)).

CEI is a nonprofit that is entirely independent of both the parties and their attorneys and can provide a non-biased perspective that could be useful to the Court in this matter of great national importance. CEI's expertise on this topic has been useful to other courts on this issue, including before the United States Supreme Court in *Consumers' Research v. Consumer Product Safety Commission*, Docket No. 23-1323.

Our proposed amicus brief does not argue facts and focuses exclusively on the law. It covers an issue that is both timely to the Plaintiff's motion for a preliminary injunction and the Defendants' motions to dismiss and will be useful to the Court in deciding the motions before it.

Dated: August 22, 2024                    Respectfully submitted.

                                          */s/ Casey Griffith*
                                          **GRIFFITH BARBEE PLLC**
                                          Casey Griffith (Texas Bar No. 24036687)
                                          Casey.Griffith@griffithbarbee.com

                                          One Arts Plaza
                                          1722 Routh St., Ste. 910
                                          Dallas, Texas 75201
                                          (214) 446-6020| main
                                          (214) 446-6021| fax


                                          Devin Watkins (D.C. Bar # 155179)
                                          Dan Greenberg (D.C. Bar # 9008067)
                                          COMPETITIVE ENTERPRISE INSTITUTE
                                          1310 L St. NW, 7th Floor
                                          Washington, D.C. 20005
                                          (202) 331-1010
                                          Devin.Watkins@cei.org
                                          Dan.Greenberg@cei.org


                                          *Counsel for Amicus Curiae*

## Certificate of Service

        The undersigned certifies this document was filed electronically in compliance with the Rules. As such, it was served on all counsel of record on August 22, 2024.

                                          */s/ Casey Griffith*
                                          Casey Griffith

3