UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ERIK DAVIDSON, JOHN RESTIVO & NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>    Plaintiffs,<br><br>    v.<br><br>GARY GENSLER, *et al.*,<br><br>    Defendants. | Case No. 6:24-cv-00197-ADA-DTG |

**CERTIFICATE OF CONFERENCE FOR UNOPPOSED
MOTION OF COMPETITIVE ENTERPRISE INSTITUTE FOR LEAVE TO
FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION AND STAY AND IN OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Local Rule CV-7(G), the undersigned certifies counsel for Amicus Curiae, the Competitive Enterprise Institute, has complied with the meet and confer requirement in Local Rule-CV 7(G), and the relief sought by the motion is unopposed. All parties have consented to the filing of this brief.

1

Dated: August 26, 2024	Respectfully submitted.

*/s/ Casey Griffith*
**GRIFFITH BARBEE PLLC**
Casey Griffith (Texas Bar No. 24036687)
Casey.Griffith@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020| main
(214) 446-6021| fax


Devin Watkins (D.C. Bar # 155179)
Dan Greenberg (D.C. Bar # 9008067)
**COMPETITIVE ENTERPRISE INSTITUTE**
1310 L St. NW, 7th Floor
Washington, D.C. 20005
(202) 331-1010
Devin.Watkins@cei.org
Dan.Greenberg@cei.org

*Counsel for Amicus Curiae*

## Certificate of Service

The undersigned certifies this document was filed electronically in compliance with the Rules. As such, it was served on all counsel of record on August 26, 2024.

*/s/ Casey Griffith*
Casey Griffith