**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ERIK DAVIDSON, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> GARY GENSLER, in his official capacity as Chairman of the U.S. Securities and Exchange Commission, *et al.*, <br><br> Defendants. | Case No. 6:24-cv-00197-ADA |

**SEC DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

The SEC Defendants take no position on Plaintiffs' motion for leave to file an amended complaint. *See* ECF No. 95. The SEC Defendants also agree with CAT LLC that the next step in this case is for the parties to submit a proposed briefing schedule for dispositive motions. *See* ECF No. 97.

1

DATED:  December 4, 2024          Respectfully submitted,

                                  BRIAN M. BOYNTON
                                  Principal Deputy Assistant Attorney General

                                  LESLEY FARBY
                                  Assistant Director, Federal Programs Branch

                                  /s/  Stephen Ehrlich
                                  STEPHEN EHRLICH
                                  ALEXANDER V. SVERDLOV
                                  Attorneys
                                  U.S. Department of Justice
                                  Civil Division, Federal Programs Branch
                                  Peter W. Rodino, Jr. Federal Building
                                  970 Broad Street, 7th Floor
                                  Newark, NJ 07102
                                  Phone:  (202) 305-9803
                                  Email:  stephen.ehrlich@usdoj.gov

                                  *Counsel for the SEC Defendants*