UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ERIK DAVIDSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARK T. UYEDA, in his official capacity as Acting Chairman, U.S. Securities & Exchange Commission, *et al.*, <br><br> Defendants.[1] | Case No. 6:24-cv-00197 <br><br> Judge Alan D. Albright |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendants Mark T. Uyeda, in his official capacity, and the U.S. Securities and Exchange Commission ("SEC Defendants") move to substitute the undersigned as counsel. Trial Attorney Cynthia Liao replaces Alexandra Widas as counsel for the SEC Defendants in this case. Ms. Widas is departing the Department of Justice and should be terminated as counsel of record.

Accordingly, the SEC Defendants respectfully request that the Parties and the Clerk of the Court please ensure that filings and correspondence in this matter are directed to Ms. Liao as counsel for the SEC Defendants.

Dated:  March 10, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

LESLEY FARBY
Deputy Director, Federal Programs Branch

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Mark T. Uyeda, the current Acting Chairman of the SEC, is automatically substituted as Defendant, in place of Gary Gensler, the former Chairman.

*/s/ Cynthia Liao*
Cynthia Liao (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for SEC Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 10, 2025, I conferred with counsel for Plaintiffs and Defendant Consolidated Audit Trail, LLC, who do not oppose this motion.

*/s/ Cynthia Liao*
Cynthia Liao

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Cynthia Liao*
Cynthia Liao