IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ERIK DAVIDSON, JOHN RESTIVO, and NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br>*Plaintiffs,*<br><br>v.<br><br>MARK T. UYEDA, in his official capacity as Acting Chairman of the U.S. Securities and Exchange Commission, U.S. SECURITIES AND EXCHANGE COMMISSION, and CONSOLIDATED AUDIT TRAIL, LLC,<br>*Defendants.* | CASE NO. 6:24-CV-00197-ADA |

# ORDER

Before the Court are Plaintiffs' Unopposed Motion for Leave to File a Supplement to Amended Complaint (ECF No. 104) and the Parties' Joint Motion to Vacate Deadlines and Set Briefing Schedule (ECF No. 106). Having considered the Motions and all matters properly before it, the Court **GRANTS** the Motions and rules as follows:

**IT IS ORDERED** that Plaintiff is **GRANTED LEAVE** to file its Supplement to Amended Complaint. The Clerk of Court is **DIRECTED** to file ECF No. 104-1 as "Supplement to Amended Complaint (ECF No. 99)."

**IT IS FURTHER ORDERED** that Defendants' current deadline to respond to Plaintiffs' Amended Complaint is **VACATED** and the following dispositive-motion schedule shall control:

- Defendants will file consolidated renewed motions to dismiss and motions for summary judgment on or before June 2, 2025.

- Plaintiffs will file their consolidated summary-judgment motion and opposition to Defendants' motions within 60 days after all defendants have filed their consolidated motions.

1

- Defendants will file consolidated replies in support of their motions and oppositions to Plaintiffs' motion within 45 days after Plaintiffs file their consolidated motion and opposition.

- Plaintiffs will file their reply in support of their motion within 45 days after Defendants file their consolidated replies and oppositions.

**SIGNED** this 3rd day of April, 2025.

                                                    ALAN D ALBRIGHT
                                                  UNITED STATES DISTRICT JUDGE