UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ERIK DAVIDSON, *et al.*,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL S. ATKINS, in his official capacity as Chairman of the U.S. Securities and Exchange Commission, *et al.*,<br><br>        Defendants. | Case No. 6:24-cv-00197-ADA |

**ORDER**

Upon consideration of the SEC Defendants' Motion To Extend the Start of the Dispositive-Motion Schedule, and upon due deliberation, it is hereby **ORDERED** that SEC Defendants' motion is **GRANTED**. The revised dispositive-motion schedule is set as follows:

- Defendants will file consolidated renewed motions to dismiss and motions for summary judgment on or before July 17, 2025.

- Plaintiffs will file their consolidated summary-judgment motion and opposition to Defendants' motions within 60 days after all defendants have filed their consolidated motions.

- Defendants will file consolidated replies in support of their motions and oppositions to Plaintiffs' motion within 45 days after Plaintiffs file their consolidated motion and opposition.

- Plaintiffs will file their reply in support of their motion within 45 days after Defendants file their consolidated replies and oppositions.

**IT IS SO ORDERED**.

Dated: May 15, 2025

Alan D Albright
United States District Judge