# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **ERIK DAVIDSON, JOHN RESTIVO & NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. 6:24-CV-00197-ADA-DTG |
| **PAUL S. ATKINS, in his official capacity as Chairman of the U.S. Securities and Exchange Commission, et al.,** | § § § § § § | |
| Defendants. | § § | |

## ORDER SETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE** hearing by Zoom on **Wednesday, February 4, 2026, at 1:30 PM**. The Zoom link will be sent via email.

**SIGNED** on February 2, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE